Brian C. Shapiro
Attorney at Law: 192789
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing_office@speakeasy.net

Attorneys for Plaintiff
Cathy J. Gerber

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA  WESTERN DIVISION

| | |
|---|---|
| CATHY J. GERBER,<br><br>        Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>        Defendant | Case No.: SACV 09-00983 (PJW)<br><br>[PROPOSED] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of FOUR THOUSAND THREE HUNDRED DOLLARS ($4,300) as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

DATE: October 5, 2010

_____
THE HONORABLE PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

1 Respectfully submitted,

2 LAW OFFICES OF Lawrence D. Rohlfing

3 /s/ Brian C. Shapiro
_____
4 Brian C. Shapiro
Attorney for plaintiff Cathy J. Gerber

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

-2-